LIONEL Z. GLANCY (#134180)
ROBERT V. PRONGAY (#270796)
LESLEY F. PORTNOY (#304851)
CHARLES H. LINEHAN (#307439)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:     (310) 201-9150
Facsimile:     (310) 201-9160
Email:          lportnoy@glancylaw.com

*Attorneys for Plaintiff*
[Additional Counsel On Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROEI AZAR, on Behalf of All Others Similarly Situated, | Case No. |
| Plaintiff, | |
| vs. | **NOTICE OF INTERESTED PARTIES** |
| YELP, INC., JEREMY STOPPELMAN and LANNY BAKER, | |
| Defendants. | |

The undersigned counsel of record for Plaintiff Roei Azar certify that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

1.    Plaintiff Roei Azar;

2.    Glancy Prongay & Murray LLP;

3.    Holzer & Holzer, LLC; and

4.    A class, consisting of all those who purchased or otherwise acquired common stock of Yelp, Inc. between February 10, 2017 and May 9, 2017, inclusive, and who were damaged thereby.

DATED: January 18, 2018                **GLANCY PRONGAY & MURRAY LLP**

By:  _s/ Lesley F. Portnoy_
Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160
Email: lportnoy@glancylaw.com

**HOLZER & HOLZER, LLC**
Corey D. Holzer
Marshall P. Dees
Alexandria P. Rankin
1200 Ashwood Parkway, Suite 410
Atlanta, Georgia 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*Attorneys for Plaintiff*