LIONEL Z. GLANCY (#134180)
ROBERT V. PRONGAY (#270796)
LESLEY F. PORTNOY (#304851)
CHARLES H. LINEHAN (#307439)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: lportnoy@glancylaw.com

*Attorneys for Plaintiff*
[Additional Counsel On Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROEI AZAR, on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>vs.<br><br>YELP, INC., JEREMY STOPPELMAN and LANNY BAKER,<br><br>          Defendants. | Case No. 3:18-cv-00400-EMC<br><br>**NOTICE OF PUBLICATION** |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 18, 2018 plaintiff Roei Azar caused to be published via *Business Wire* a notice advising members of the purported class of the pendency of this action. A copy of the notice is attached hereto as Exhibit A.

DATED: February 28, 2018            **GLANCY PRONGAY & MURRAY LLP**

By: *s/ Lesley F. Portnoy*
Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: lportnoy@glancylaw.com

**HOLZER & HOLZER, LLC**
Corey D. Holzer
Marshall P. Dees
Alexandria P. Rankin
1200 Ashwood Parkway, Suite 410
Atlanta, Georgia 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*Attorneys for Plaintiff*

# EXHIBIT A





# Glancy Prongay & Murray LLP Files a Securities Class Action on Behalf of Yelp, Inc. Investors (YELP)

January 18, 2018 05:20 PM Eastern Standard Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Northern District of California (Docket Number 3:18-cv-00400) on behalf of persons and entities that acquired Yelp, Inc. ("Yelp" or the "Company") (NYSE: YELP) securities between **February 10, 2017 and May 9, 2017**, inclusive (the "Class Period"), asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934.

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

Investors suffering losses on their Yelp investments are encouraged to contact Lesley Portnoy of GPM to discuss their legal rights at 310-201-9150 or by email to shareholders@glancylaw.com, or visit the Yelp case page on our website at www.glancylaw.com/case/yelp-inc.

The complaint alleges that defendants misled Yelp investors regarding the retention rates for existing customers, as well as revenues and growth rates for the Company's new customers. And, furthermore that Yelp CEO Jeremy Stoppelman personally benefited from withholding such information by selling over $25,000,000 worth of Yelp shares (approximately 20% of his Yelp holdings) while allegedly in possession of material nonpublic information regarding Yelp's poor financial results.

On May 9, 2017, the Company announced their first quarter 2017 financial results. While Yelp's 1Q 2017 revenue and adjusted EBITDA met the Company's prior expectations, the Company was revising its FY2017 guidance downward to reflect poor retention rates with existing customers. On this news, Yelp's stock price closed at $34.70 on May 9, 2017 and fell as low as $26.93 on May 10, 2017 before closing at $28.33, thereby injuring investors.

Follow us for updates on Twitter: twitter.com/GPM_LLP.

If you purchased Yelp securities during the Class Period you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay & Murray LLP, Los Angeles

Lesley Portnoy, 310-201-9150 or 888-773-9224

shareholders@glancylaw.com

www.glancylaw.com

## #Hashtags

#CLASSACTION   #INVESTORS   #FRAUD

## $Cashtags

$YELP

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On February 28, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 28, 2018, at Los Angeles, California.

                                          *s/ Lesley F. Portnoy*
                                          Lesley F. Portnoy

# Mailing Information for a Case 3:18-cv-00400-EMC Azar v. Yelp, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lionel Z. Glancy**
  info@glancylaw.com,lglancy@glancylaw.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com

- **Lesley F. Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,bmurray@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`