Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiff and Class

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROEI AZAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>YELP, INC., JEREMY STOPPELMAN and LANNY BAKER,<br><br>Defendants. | Case No. 3:18-cv-00400-EMC<br><br>**CERTIFICATION OF ATTORNEY LAURENCE M. ROSEN PURSUANT TO LOCAL RULE 3-7(d)**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Edward M. Chen<br>Hearing Date: April 26, 2018<br>Time: 1:30 p.m.<br>Ctrm: 5-17th Floor (San Francisco) |

**CERTIFICATION OF ATTORNEY LAURENCE M. ROSEN
PURSUANT TO LOCAL RULE 3-7(d)**

Pursuant to Northern District Local Rule 3-7(d), I, LAURENCE M. ROSEN, declare as follows:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

Executed on March 19, 2018.

**THE ROSEN LAW FIRM, P.A.**

<u>/s/ Laurence M. Rosen</u>
Laurence M. Rosen, Esq. (SBN #219683)

1
CERTIFICATION OF ATTORNEY LAURENCE M. ROSEN LR 3-7(d)— 3:18-cv-00400-EMC

# PROOF OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On March 19, 2018, I electronically filed the following **CERTIFICATION OF ATTORNEY LAURENCE M. ROSEN PURSUANT TO LOCAL RULE 3-7(d)** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on March 19, 2018.

                                            /s/ Laurence M. Rosen
                                            Laurence M. Rosen