Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiff and Class

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROEI AZAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>YELP, INC., JEREMY STOPPELMAN and LANNY BAKER,<br><br>Defendants. | Case No. 3:18-cv-00400-EMC<br><br>**CERTIFICATION PURSUANT TO LR 3-15**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Edward M. Chen<br>Hearing Date: April 26, 2018<br>Time: 1:30 p.m.<br>Ctrm: 5-17th Floor (San Francisco) |

**CERTIFICATION PURSUANT TO LR 3-15**

Pursuant to Northern District Local Rule 3-15, the undersigned certifies that as of this date, other than Movant Gady Davidian, there is no such interest to report.

Executed on March 19, 2018.

                                          **THE ROSEN LAW FIRM, P.A.**

                                          <u>/s/ Laurence M. Rosen</u>
                                          Laurence M. Rosen, Esq. (SBN #219683)

# PROOF OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On March 19, 2018 I electronically filed the following **CERTIFICATION PURSUANT TO LR 3-15** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on March 19, 2018

/s/ Laurence M. Rosen
Laurence M. Rosen