Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROEI AZAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>YELP, INC., JEREMY STOPPELMAN and LANNY BAKER,<br><br>Defendants. | Case No. 3:18-cv-00400-EMC<br><br>**NOTICE OF WITHDRAWAL OF LEAD PLAINTIFF MOTION OF GADY DAVIDIAN, DKT NO. 9**<br><br><u>CLASS ACTION</u> |

Gady Davidian ("Movant"), having reviewed the competing lead plaintiff motion, does not appear to have the largest financial interest and therefore Movant hereby withdraws his Lead Plaintiff motion. (Dkt. No. 9). This withdrawal shall have no impact on Movant's membership in the proposed class, his right to share in any recovery obtained for the benefit of class members, and his ability to serve as a representative party should the need arise.

Dated: April 2, 2018            Respectfully submitted,

                                          **THE ROSEN LAW FIRM, P.A.**

                                          /s/ Laurence Rosen
                                          Laurence M. Rosen, Esq. (SBN 219683)

355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On April 2, 2018, I electronically filed the following **NOTICE OF WITHDRAWAL LEAD PLAINTIFF MOTION OF GADY DAVIDIAN, DKT NO. 9** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 2, 2018.

                                            /s/ Laurence Rosen
                                            Laurence M. Rosen