**GLANCY PRONGAY & MURRAY LLP**
LIONEL Z. GLANCY (#134180)
ROBERT V. PRONGAY (#270796)
LESLEY F. PORTNOY (#304851)
CHARLES H. LINEHAN (#307439)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com

**HOLZER & HOLZER LLC**
COREY D. HOLZER
1200 Ashwood Parkway, Suite 410
Atlanta, Georgia 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029
Email: cholzer@holzerlaw.com

*Counsel for Movant and Proposed Co-Lead Counsel*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROEI AZAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff<br><br>vs.<br><br>YELP, INC., JEREMY STOPPELMAN and LANNY BAKER,<br><br>Defendants. | Case No. 3:18-cv-00400-EMC<br><br>**NOTICE OF NON-OPPOSITION TO MOTION OF JONATHAN DAVIS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Edward M. Chen<br>DATE: April 26, 2018<br>TIME: 1:30 p.m.<br>CTRM: Courtroom 5 – 17th Floor |

Lead Plaintiff Movant Jonathan Davis ("Davis" or "Movant") respectfully submits this Notice of Non-Opposition and hereby notifies the Court that his motion is unopposed. On March 19, 2018, Davis submitted his motion for appointment as lead plaintiff and approval of counsel, and stated that he had suffered a loss of over $93,006 in his Yelp, Inc. securities investment. One similar motion was filed by another putative class member in this action. Since that time, the competing movant, recognizing Davis' superior financial interest and suitability to serve as Lead Plaintiff in the present action, has withdrawn his motion. Therefore, Davis' motion is unopposed. Accordingly, Davis' motion for appointment as lead plaintiff and approval of counsel is similarly unopposed.

Movant's motion papers previously submitted to the Court establish that he has satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure. Accordingly, Movant respectfully requests this Court to issue an Order: (1) appointing Movant as Lead Plaintiff of this Action; (2) approving his selection of Glancy Prongay & Murray LLP and Holzer & Holzer LLC to be co-lead counsel; and (3) granting such other and further relief as the Court may deem to be just and proper.

Dated: April 9, 2018            **GLANCY PRONGAY & MURRAY LLP**

By: *s/ Lesley F. Portnoy*
Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

- and -

**HOLZER & HOLZER LLC**
Corey D. Holzer
1200 Ashwood Parkway, Suite 410
Atlanta, Georgia 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029
Email: cholzer@holzerlaw.com

*Counsel for Movant and Proposed Co-Lead Counsel*

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On April 9, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 9, 2018, at Los Angeles, California.

                                          *s/ Lesley F. Portnoy*
                                          Lesley F. Portnoy

# Mailing Information for a Case 3:18-cv-00400-EMC Azar v. Yelp, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lionel Z. Glancy**
  info@glancylaw.com,lglancy@glancylaw.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com

- **Lesley F. Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com,bmurray@glancylaw.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`