Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roei Azar, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>Yelp, Inc., Jeremy Stoppelman, and Lanny Baker,<br><br>　　　　　　　　Defendant(s). | Case No: 3:18-cv-00400<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

　　I, Corey D. Holzer, an active member in good standing of the bar of Supreme Court of Georgia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Roei Azar in the above-entitled action. My local co-counsel in this case is Lesley Portnoy, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>1200 Ashwood Parkway, Suite 410<br>Atlanta, Georgia 30338 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(770) 392-0090 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 201-9150 |
| MY EMAIL ADDRESS OF RECORD:<br>cholzer@holzerlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>lportnoy@glancylaw.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 364698.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/18/18　　　　　　　　　　　　　　　　　　　　　　Corey D. Holzer
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

　　IT IS HEREBY ORDERED THAT the application of Corey D. Holzer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, co-counsel designated in the application will constitute notice to the party.

Dated: 4/20/18

*IT IS SO ORDERED*
Judge Edward M. Chen
UNITED STATES DISTRICT/MAGISTRATE JUDGE