OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

**Date:** April 26, 2018         **Time:** 4 minutes         **Judge:** EDWARD M. CHEN
**Case No.**: 18-cv-00400-EMC    **Case Name:**  Azar v. Yelp, Inc.

**Attorney for Plaintiff:** Lesley Portnoy and Corey Holzer

**Attorney for Defendant:** No appearance

**Deputy Clerk:** Betty Lee                                **Court Reporter:** Kathy Sullivan

PROCEEDINGS

-MOTION TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL

SUMMARY

For the reasons stated on the record, the Motion to Appoint Lead Plaintiff and Lead Counsel is granted.  Jonathan Davis is appointed as Lead Plaintiff.  Holzer & Holzer LLC and Glancy Prongay & Murray LLP are appointed as Co-Lead Counsel for the Class.  Court to issue order.  Amended complaint shall be filed within 60 days.  Plaintiff informed the Court that service will be completed within 2 weeks.

The case management conference is rescheduled from 5/31/18 to 8/2/18 at 9:30 a.m.  Joint CMC statement shall be filed by 7/26/18.