1  GILBERT R. SEROTA (SBN 75305)
   ARNOLD & PORTER KAYE SCHOLER LLP
2  Three Embarcadero Center, 10th Floor
   San Francisco, CA 94111
3  Telephone: (415) 471-3100
   Facsimile: (415) 471-3400
4  Email: Gilbert.Serota@arnoldporter.com

5  Attorneys for Defendants
   YELP INC., JEREMY STOPPELMAN, and
6  LANNY BAKER

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 ROEI AZAR, on Behalf of All Others Similarly  )
   Situated,                                     )
12                                               )  **Case No. 3:18-cv-00400-EMC**
                                                 )
13              Plaintiff,                       )  **CLASS ACTION**
                                                 )
14 vs.                                           )
                                                 )  **STIPULATION AND [PROPOSED]**
15                                               )  **ORDER ESTABLISHING SCHEDULE**
   YELP, INC., JEREMY STOPPELMAN and             )  **FOR FILING CONSOLIDATED**
16 LANNY BAKER,                                  )  **AMENDED COMPLAINT, BRIEFING**
                                                 )  **DEFENDANTS' ANTICIPATED**
17              Defendants.                      )  **MOTION TO DISMISS, AND TO**
                                                 )  **CONTINUE THE INITIAL CASE**
18                                               )  **MANAGEMENT CONFERENCE**
                                                 )
19                                               )

20

21         WHEREAS, on January 18, 2018, Plaintiff Roei Azar filed a putative class action

22 complaint (the "Complaint") in the above-captioned action against defendants Yelp Inc.

23 (incorrectly named in the caption as "Yelp, Inc."), Jeremy Stoppelman, and Lanny Baker

24 ("Defendants"), for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934

25 (Dkt. No. 1);

26

1    WHEREAS, this action is subject to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, which presumes that all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss;

4    WHEREAS, on March 19, 2018, movants Jonathan Davis and Gady Davidian each filed a motion to appoint lead plaintiff and lead counsel (Dkt. Nos. 9-14);

6    WHEREAS, on April 24, 2018, service of the summons and Complaint was made on Yelp Inc. (Dkt. No. 21);

8    WHEREAS, on April 26, 2018, the Court: (i) granted the motion of Jonathan Davis ("Lead Plaintiff") for appointment as interim lead plaintiff and to appoint Glancy Prongay & Murray LLP and Holzer & Holzer, LLC as interim co-lead counsel; (ii) directed that service shall be completed within two weeks; (iii) ordered that an amended complaint be filed within 60 days; and (iv) rescheduled the case management conference from May 31, 2018 to August 2, 2018 at 9:30 a.m., and directed that the joint case management conference statement shall be filed by July 26, 2018 (Dkt. Nos. 22-23);

15   WHEREAS, on April 30, 2018, counsel for the parties met and conferred regarding service on the remaining defendants, and the briefing schedule on Defendants' anticipated motion to dismiss;

18   WHEREAS, the parties believe that, in light of the automatic stay of discovery under the PSLRA and in order to avoid the waste of the Court's and the parties' time and resources, it would be prudent to defer the initial case management conference and related deadlines until Lead Plaintiff has filed a consolidated amended complaint, Defendants have had the opportunity to file any motion to dismiss, and the Court has ruled on Defendants' anticipated motion to dismiss.

24   **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL BY THIS COURT**, by the parties through their respective counsel of record, as follows:

1. Lead Plaintiff shall file and serve a consolidated amended complaint on or before June 25, 2018;

2. Defendants shall file and serve their motion to dismiss on or before August 9, 2018 and set a hearing date for November 8, 2018;

3. Lead Plaintiff shall file and serve the opposition to Defendants' motion to dismiss on or before September 24, 2018;

4. Defendants shall file and serve their reply in further support of their motion to dismiss on or before October 19, 2018;

5. The case management conference presently scheduled in the above-captioned action for August 2, 2018, along with any associated deadlines under the Federal Rules of Civil Procedure and Local Rules, shall be vacated, and reset to a date after the Court rules on Defendants' anticipated motion to dismiss the consolidated complaint;

6. The parties have not sought any other extensions of time in this action; and

7. The parties do not seek to continue this date for the purpose of delay. The proposed new date will not have an effect on any pre-trial and trial dates as the Court has yet to schedule these dates.

SO STIPULATED.

DATED: May 7, 2018         /s/ Gilbert R. Serota
                           GILBERT R. SEROTA
                           Arnold & Porter Kaye Scholer LLP
                           Counsel for Defendants

DATED: May 7, 2018         /s/ Lesley Portnoy
                           Lesley Portnoy
                           Glancy Prongay & Murray LLP
                           Co-Counsel for Lead Plaintiff Jonathan Davis

DATED: May 7, 2018         /s/ Corey D. Holzer
                           Corey D. Holzer
                           Holzer & Holzer, LLC
                           Co-Counsel for Lead Plaintiff Jonathan Davis

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, Gilbert R. Serota, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Establishing Schedule for Lead Plaintiff to File a Consolidated Amended Complaint, for Briefing on Defendants' Anticipated Motion to Dismiss, and to Continue the Initial Case Management Conference. In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for Lead Plaintiff Jonathan Davis concurs in this filing.

DATED: May 7, 2018          /s/ Gilbert R. Serota
                            GILBERT R. SEROTA

\*     \*     \*

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the Stipulation is approved.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____       _____
                            THE HONORABLE EDWARD M. CHEN
                            United States District Judge