Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROEI AZAR, on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>YELP, INC., JEREMY STOPPELMAN and LANNY BAKER,<br><br>　　　　　　　　　　Defendant(s). | Case No: 3:18-cv-00400-EMC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

　　I, Zheng He, an active member in good standing of the bar of U.S. District Court / S.D.N.Y., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Yelp Inc., Jeremy Stoppelman, and Lanny Baker in the above-entitled action. My local co-counsel in this case is Gilbert Serota, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Arnold & Porter Kaye Scholer LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 836-8000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 471-3100 |
| MY EMAIL ADDRESS OF RECORD:<br>Jane.He@arnoldporter.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>Gilbert.Serota@arnoldporter.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ZH1005.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/01/18　　　　　　　　　　　　　　　　　　　　　Zheng He
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

═══════════════════════════════════════════════════════════════════

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

　　IT IS HEREBY ORDERED THAT the application of Zheng He is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/11/18

IT IS SO ORDERED
Judge Edward M. Chen
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER　　　　　　　　　　　　　　　　　　October 2012