1  LIONEL Z. GLANCY (#134180)
   ROBERT V. PRONGAY (#270796)
2  STAN KARAS (#222402)
   CHRISTOPHER R. FALLON (#235684)
3  **GLANCY PRONGAY & MURRAY LLP**
   1925 Century Park East, Suite 2100
4  Los Angeles, California 90067
   Telephone: (310) 201-9150
5  Facsimile: (310) 201-9160
6  Email: info@glancylaw.com

7  *Attorneys for Plaintiffs and the Class*
8  [Additional Counsel On Signature Page]

9          **UNITED STATES DISTRICT COURT**
           **NORTHERN DISTRICT OF CALIFORNIA**
10

11
   JONATHAN DAVIS and ROEI AZAR, on        Case No. 3:18-cv-00400-EMC
12 Behalf of All Others Similarly Situated,
                                           **CLASS ACTION**
13                            Plaintiffs,
                                           **NOTICE OF APPEARANCE**
14            v.

15
   YELP, INC., JEREMY STOPPELMAN,
16 LANNY BAKER, and JED NACHMAN

17                            Defendants.

18

19

20

21

22

23

24

25

26

27

28

   407526.1                    NOTICE OF APPEARANCE
                               Case No. 3:18-cv-00400-EMC

1        **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2            PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the

3    above-captioned case on behalf of Lead Plaintiff Jonathan Davis and Plaintiff Roei Azar. The

4    undersigned requests that all notices, orders and/or other information in this case be served upon the

5    individual identified below:

6                                        Stan Karas
                                         GLANCY PRONGAY & MURRAY LLP
7                                        1925 Century Park East, Suite 2100
                                         Los Angeles, CA 90067
8                                        Telephone: (310) 201-9150
                                         Facsimile:  (310) 201-9160
9                                        SKaras@glancylaw.com

10

11   Dated:  June 26, 2018                        Respectfully submitted,

12                                                **GLANCY PRONGAY & MURRAY LLP**

13

14                                                By:  */s/ Stan Karas*
                                                  Lionel Z. Glancy
15                                                Robert V. Prongay
                                                  Stan Karas
16                                                Christopher R. Fallon
                                                  1925 Century Park East, Suite 2100
17                                                Los Angeles, CA 90067
                                                  Telephone: (310) 201-9150
18                                                Facsimile: (310) 201-9160
                                                  lglancy@glancylaw.com
19                                                rprongay@glanyclaw.com
                                                  skaras@glancylaw.com
20                                                cfallon@glancylaw.com
21

22                                                **HOLZER & HOLZER, LLC**
                                                  Corey D. Holzer
23                                                Marshall P. Dees
                                                  Alexandria P. Rankin
24                                                1200 Ashwood Parkway, Suite 410
                                                  Atlanta, Georgia 30338
25                                                Telephone: (770) 392-0090
                                                  Facsimile: (770) 392-0029
26

27                                                *Lead Counsel for Lead Plaintiff Jonathan Davis,*
                                                  *Plaintiff Roei Azar and the Class*
28

407526.1                        NOTICE OF APPEARANCE
                                 Case No. 3:18-cv-00400-EMC

1

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On June 26, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 26, 2018, at Los Angeles, California.


                                        _s/ Stan Karas_
                                         Stan Karas

407526.1

# Mailing Information for a Case 3:18-cv-00400-EMC Azar v. Yelp, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lionel Z. Glancy**
  info@glancylaw.com,lglancy@glancylaw.com

- **Zheng He**
  jane.he@arnoldporter.com,maondca@arnoldporter.com,Gail.Boneberg@arnoldporter.com

- **Corey Daniel Holzer**
  cholzer@holzerlaw.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com

- **Lesley F. Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net

- **Gilbert Ross Serota**
  gilbert.serota@arnoldporter.com,marie.zambrano@arnoldporter.com,SFCalendar@arnoldporter.com,jeeyoung.you@arnoldporter.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)