ARNOLD & PORTER KAYE SCHOLER LLP
GILBERT R. SEROTA (No. 75305)
ZHENG (JANE) HE (ADMITTED PRO HAC VICE)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:   415.471.3100
Facsimile:   415.471.3400
Email: Gilbert.Serota@arnoldporter.com
Email: Jane.He@arnoldporter.com

Attorneys for Defendants
YELP INC., JEREMY STOPPELMAN, LANNY BAKER,
and JED NACHMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN DAVIS and ROEI AZAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YELP INC., JEREMY STOPPELMAN, LANNY BAKER, and JED NACHMAN,<br><br>Defendants. | Case No. 3:18-cv-00400-EMC<br><br>CLASS ACTION<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 AND CIV. L.R. 3-15 BY DEFENDANTS YELP INC., JEREMY STOPPELMAN, LANNY BAKER, AND JED NACHMAN** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Yelp Inc. ("Yelp") through the undersigned certifies that it has no parent company and no public company owns more than 10% of Yelp.

Pursuant to Civil L.R. 3-15, the undersigned certifies on behalf of defendants Yelp, Jeremy Stoppelman, Charles "Lanny" Baker, and Joseph "Jed" Nachman (collectively, "Defendants") that as of this date, other than the named parties, there is no such interest to report.

Should there be any change in the information provided, Defendants will update and revise this statement accordingly.

DATED: August 2, 2018 **ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Gilbert R. Serota
Gilbert R. Serota
gilbert.serota@arnoldporter.com
Zheng (Jane) He
jane.he@arnoldporter.com

Attorneys for Defendants
YELP INC., JEREMY STOPPELMAN,
LANNY BAKER, and JED NACHMAN