LIONEL Z. GLANCY (#134180)
ROBERT V. PRONGAY (#270796)
KEVIN F. RUF (#136901)
STAN KARAS (#222402)
CHRISTOPHER R. FALLON (#235684)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Attorneys for Plaintiffs and the Class*
[Additional Counsel On Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN DAVIS and ROEI AZAR, on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YELP, INC., JEREMY STOPPELMAN, LANNY BAKER, and JED NACHMAN<br><br>Defendants. | Case No. 3:18-cv-00400-EMC<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE** |

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2  PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the
3  above-captioned case on behalf of Lead Plaintiff Jonathan Davis and Plaintiff Roei Azar. The
4  undersigned requests that all notices, orders and/or other information in this case be served upon the
5  individual identified below:

>   Kevin F. Ruf
>   GLANCY PRONGAY & MURRAY LLP
>   1925 Century Park East, Suite 2100
>   Los Angeles, CA 90067
>   Telephone: (310) 201-9150
>   Facsimile:  (310) 201-9160
>   Kruf@glancylaw.com

Dated:  August 28, 2018                    Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By:  */s/ Kevin F. Ruf*
Lionel Z. Glancy
Robert V. Prongay
Kevin F. Ruf
Stan Karas
Christopher R. Fallon
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
lglancy@glancylaw.com
rprongay@glanyclaw.com
kruf@glancylaw.com
skaras@glancylaw.com
cfallon@glancylaw.com

**HOLZER & HOLZER, LLC**
Corey D. Holzer
Marshall P. Dees
Alexandria P. Rankin
1200 Ashwood Parkway, Suite 410
Atlanta, Georgia 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*Lead Counsel for Lead Plaintiff Jonathan Davis, Plaintiff Roei Azar and the Class*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On August 28, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 28, 2018, at Los Angeles, California.

                                                *s/ Kevin F. Ruf*
                                                 Kevin F. Ruf

# Mailing Information for a Case 3:18-cv-00400-EMC Azar v. Yelp, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lionel Z. Glancy**
  info@glancylaw.com,lglancy@glancylaw.com

- **Zheng He**
  jane.he@arnoldporter.com,maondca@arnoldporter.com,Gail.Boneberg@arnoldporter.com

- **Corey Daniel Holzer**
  cholzer@holzerlaw.com

- **Stan Karas**
  SKaras@glancylaw.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com

- **Lesley F. Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net

- **Gilbert Ross Serota**
  gilbert.serota@arnoldporter.com,marie.zambrano@arnoldporter.com,SFCalendar@arnoldporter.com,jeeyc

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)