**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

**CIVIL MINUTES**

**Date:** September 20, 2018    **Time:** 2:40 – 3:28 =    **Judge:** EDWARD M. CHEN
                                              48 Minutes

**Case No.**: 18-cv-00400-EMC    **Case Name:**  Azar v. Yelp, Inc.


**Attorney for Plaintiff:** Kevin Ruf, Stan Karas
**Attorney for Defendant:** Gilbert Serota, Jane He

**Deputy Clerk:** Angella Meuleman         **Court Reporter:** Katherine Sullivan

**PROCEEDINGS**

[20] Motion to Dismiss held.


**SUMMARY**

Court takes the motion under submission.  Written order to issue.

Initial Case Management Conference not held.