1  GILBERT R. SEROTA (SBN 75305)
   ZHENG (JANE) HE (ADMITTED PRO HAC VICE)
2  ARNOLD & PORTER KAYE SCHOLER LLP
   Three Embarcadero Center, 10th Floor
3  San Francisco, CA 94111
   Telephone: (415) 471-3100
4  Facsimile: (415) 471-3400
   Email: Gilbert.Serota@arnoldporter.com
5  Email: Jane.Serota@arnoldporter.com

6

7  Attorneys for Defendants
   YELP INC., JEREMY STOPPELMAN,
   LANNY BAKER, and JED NACHMAN
8

9
                   UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12
   JONATHAN DAVIS and ROEI AZAR, on           )
13 Behalf of All Others Similarly Situated,   )
                                              )
14                                            )   Case No. 3:18-cv-00400-EMC
                         Plaintiff,           )
15                                            )   **CLASS ACTION**
   vs.                                        )
16                                            )   **STIPULATION EXTENDING
                                              )   DEFENDANTS' TIME TO
17 YELP, INC., JEREMY STOPPELMAN,             )   ANSWER THE AMENDED
   LANNY BAKER, and JED NACHMAN               )   COMPLAINT PURSUAN TO LOCAL
18                                            )   RULE 6-1(A)**
                         Defendants.          )
19                                            )
                                              )
20                                            )
                                              )
21

22
         WHEREAS, on June 25, 2018, Lead Plaintiff Jonathan Davis and Plaintiff Roei Azar filed
23
   an amended class action complaint for violations of the federal securities laws (the "Amended
24
   Complaint") against Defendants Yelp Inc., Jeremy Stoppelman, Lanny Baker, and Jed Nachman;
25

26

**STIP AND [PROP.] ORDER ESTABLISHING SCHEDULE TO FILE CONSOL. AM.**        CASE NO. 3:18-cv-00400-EMC
**COMPL., FOR BRIEFING ON DEFS' MTD, AND TO CONTINUE INITIAL CMC**

WHEREAS, on August 2, 2018, Defendants filed a motion to dismiss the Amended Complaint;

WHEREAS, on November 27, 2018, the Court entered an order granting in part and denying in part Defendants' motion to dismiss;

WHEREAS, Defendants' current deadline to answer the Amended Complaint is December 11, 2018;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by the parties through their respective counsel of record, as follows:

1. Pursuant to Local Rule 6-1(a), Defendants' time to answer the Amended Complaint is extended until January 21, 2019.

SO STIPULATED.

DATED: December 4, 2018         */s/ Gilbert R. Serota*
                                GILBERT R. SEROTA
                                Arnold & Porter Kaye Scholer LLP
                                Counsel for Defendants

DATED: December 4, 2018         */s/ Lesley Portnoy*
                                Lesley Portnoy
                                Glancy Prongay & Murray LLP
                                Co-Counsel for Lead Plaintiff Jonathan Davis

DATED: December 4, 2018         */s/ Corey D. Holzer*
                                Corey D. Holzer
                                Holzer & Holzer, LLC
                                Co-Counsel for Lead Plaintiff Jonathan Davis

**STIP AND [PROP.] ORDER ESTABLISHING SCHEDULE TO FILE CONSOL. AM. COMPL., FOR BRIEFING ON DEFS' MTD, AND TO CONTINUE INITIAL CMC**         **CASE NO. 3:18-cv-00400-EMC**

162620172v1

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, Gilbert R. Serota, am the ECF User whose identification and password are being used to file this Stipulation Extending Defendants' Time to Answer the Amended Complaint Pursuant to Local Rule 6-1(a).  In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for Lead Plaintiff Jonathan Davis concurs in this filing.

DATED:  December 4, 2018          */s/ Gilbert R. Serota*
                                  GILBERT R. SEROTA

STIP AND [PROP.] ORDER ESTABLISHING SCHEDULE TO  FILE CONSOL. AM. COMPL., FOR BRIEFING ON DEFS' MTD, AND TO CONTINUE INITIAL CMC          CASE NO. 3:18-cv-00400-EMC

162620172v1