1  GILBERT R. SEROTA (SBN 75305)
   ZHENG (JANE) HE (ADMITTED PRO HAC VICE)
2  ARNOLD & PORTER KAYE SCHOLER LLP
   Three Embarcadero Center, 10th Floor
3  San Francisco, CA 94111
   Telephone: (415) 471-3100
4  Facsimile: (415) 471-3400
   Email: Gilbert.Serota@arnoldporter.com
5  Email: Jane.Serota@arnoldporter.com

6

7  Attorneys for Defendants
   YELP INC., JEREMY STOPPELMAN,
   LANNY BAKER, and JED NACHMAN
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12

13  JONATHAN DAVIS and ROEI AZAR, on        )
    Behalf of All Others Similarly Situated, )
                                             )
14                                           )
                                             )   Case No. 3:18-cv-00400-EMC
15           Plaintiff,                      )
                                             )   **CLASS ACTION**
16  vs.                                      )
                                             )   **STIPULATION EXTENDING**
17  YELP, INC., JEREMY STOPPELMAN,           )   **DEFENDANTS' TIME TO**
    LANNY BAKER, and JED NACHMAN             )   **ANSWER THE AMENDED**
18                                           )   **COMPLAINT PURSUAN TO LOCAL**
             Defendants.                     )   **RULE 6-1(A)**
19                                           )
                                             )
20                                           )
                                             )
21

22
           WHEREAS, on June 25, 2018, Lead Plaintiff Jonathan Davis and Plaintiff Roei Azar filed
23
    an amended class action complaint for violations of the federal securities laws (the "Amended
24
    Complaint") against Defendants Yelp Inc., Jeremy Stoppelman, Lanny Baker, and Jed Nachman;
25

26

**STIP AND [PROP.] ORDER ESTABLISHING SCHEDULE TO FILE CONSOL. AM.**          CASE NO. 3:18-cv-00400-EMC
**COMPL., FOR BRIEFING ON DEFS' MTD, AND TO CONTINUE INITIAL CMC**

WHEREAS, on August 2, 2018, Defendants filed a motion to dismiss the Amended Complaint;

WHEREAS, on November 27, 2018, the Court entered an order granting in part and denying in part Defendants' motion to dismiss;

WHEREAS, Defendants' current deadline to answer the Amended Complaint is December 11, 2018;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by the parties through their respective counsel of record, as follows:

1. Pursuant to Local Rule 6-1(a), Defendants' time to answer the Amended Complaint is extended until January 21, 2019.

SO STIPULATED.

DATED: December 4, 2018    */s/ Gilbert R. Serota*
GILBERT R. SEROTA
Arnold & Porter Kaye Scholer LLP
Counsel for Defendants

DATED: December 4, 2018    */s/ Lesley Portnoy*
Lesley Portnoy
Glancy Prongay & Murray LLP
Co-Counsel for Lead Plaintiff Jonathan Davis

DATED: December 4, 2018    */s/ Corey D. Holzer*
Corey D. Holzer
Holzer & Holzer, LLC
Co-Counsel for Lead Plaintiff Jonathan Davis

GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: 12/10/2018

**STIP AND [PROP.] ORDER ESTABLISHING SCHEDULE TO FILE CONSOL. AM. COMPL., FOR BRIEFING ON DEFS' MTD, AND TO CONTINUE INITIAL CMC**    **CASE NO. 3:18-cv-00400-EMC**

162620172v1