GILBERT R. SEROTA (SBN 75305)
BENJAMIN HALBIG (SBN 321523)
ZHENG (JANE) HE (Admitted *Pro Hac Vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
Email: Gilbert.Serota@arnoldporter.com
Email: Benjamin.Halbig@arnoldporter.com
Email: Jane.He@arnoldporter.com

Attorneys for Defendants
YELP INC., JEREMY STOPPELMAN,
LANNY BAKER, and JED NACHMAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JONATHAN DAVIS and ROEI AZAR, on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

YELP, INC., JEREMY STOPPELMAN, LANNY BAKER, and JED NACHMAN

Defendants.

Case No. 3:18-cv-00400-EMC

CLASS ACTION

**STIPULATION PRESERVING DEFENDANTS' RIGHTS WITH RESPECT TO THE PENDING MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**

WHEREAS, on June 25, 2018, Lead Plaintiff Jonathan Davis and Plaintiff Roei Azar filed an amended class action complaint for violations of the federal securities laws (the "Amended Complaint") against Defendants Yelp Inc., Jeremy Stoppelman, Lanny Baker, and Jed Nachman (collectively, "Defendants");

WHEREAS, on August 2, 2018, Defendants filed a motion to dismiss the Amended Complaint;

WHEREAS, on November 27, 2018, the Court entered an order granting in part and denying in part Defendants' motion to dismiss;

WHEREAS, on December 4, 2018 the parties entered into a stipulation extending Defendants' time to answer the Amended Complaint to January 21, 2019;

WHEREAS, on December 18, 2018 Defendants filed a motion for leave to file a motion for reconsideration of the Court's order of November 27, 2018;

WHEREAS, as of the date of this stipulation, the Court has not ruled on Defendants' motion for leave to file a motion for reconsideration;

WHEREAS, Defendants are concerned that answering the Amended Complaint may prejudice their rights with respect to the pending motion for leave to file a motion for reconsideration and/or any order resulting therefrom;

WHEREAS, the parties met and conferred regarding Defendants' concern and agreed that the filing of Defendants' answer prior to a Court ruling on the motion for leave to file a motion for reconsideration would in no way waive, moot, or otherwise prejudice Defendants' rights with respect to the pending motion for leave to file a motion for reconsideration and that Plaintiffs would not assert any arguments to the contrary;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by the parties through their respective counsel of record, as follows:

Defendants' filing of their answer to the Amended Complaint shall in no way waive, moot, or otherwise prejudice Defendants' rights with respect to the relief sought in their motion for leave to file a motion for reconsideration of the loss causation ruling in the Court's order of November 27,

2018 and that Plaintiffs will not assert any arguments to the contrary.

SO STIPULATED.

DATED: January 18, 2019

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *Gilbert R. Serota*
GILBERT R. SEROTA

Counsel for Defendants
YELP INC., JEREMY STOPPELMAN, LANNY BAKER, and JED NACHMAN

DATED: January 18, 2019

GLANCY PRONGAY & MURRAY LLP

By: /s/ *Lesley Portnoy*
LESLEY PORTNOY

Co-Counsel for Lead Plaintiff
JONATHAN DAVIS

DATED: January 18, 2019

HOLZER & HOLZER, LLC

By: /s/ *Corey D. Holzer*
COREY D. HOLZER

Co-Counsel for Lead Plaintiff
JONATHAN DAVIS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GRANTED

Judge Edward M. Chen

DATED: 1/18/2019

- 2 -

STIPULATION PRESERVING DEFS.' RIGHTS WITH RESPECT TO PENDING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION

CASE NO. 3:18-CV-00400-EMC