UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN DAVIS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>YELP, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-00400-EMC<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO APPROVE FORM AND MANNER OF CLASS NOTICE**<br><br>Docket Nos. 80, 87 |

On February 28, 2020, the parties filed a stipulation and proposed order to approve the form and manner of class notice. *See* Docket No. 75. The Court reviewed the Notice, Summary Notice, and Notice plan, and denied the parties' request, asking the parties to make certain changes and to consider several questions posed by the Court. *See* Docket No. 76. On May 19, 2020, Plaintiffs filed an unopposed motion to approve the form and manner of notice, which largely addressed and resolved the concerns raised by the Court. *See* Docket No. 80. In response to that filing, the Court ordered that the paper Notice and Summary Notice include as an attachment the proposed opt-out form provided by Plaintiffs and set a videoconference for June 5, 2020 to discuss whether collection of detailed information would be permitted as part of the opt-out process. *See* Docket No. 84. At the June 5, 2020 hearing, the parties informed the Court that they had agreed to remove the portion of the class notice requiring extensive information from individuals seeking to opt-out of the class. See Docket No. 86. The Court directed the parties to resubmit the class notice and other pertinent documents, which the parties did on June 10, 2020. *See* Docket No. 87. Having reviewed those documents, the Court hereby **GRANTS** Plaintiffs' unopposed Motion to Approve the Form and Manner of Class Notice and **DIRECTS** the parties to use the documents

filed at Docket No. 87.

This order disposes of Docket No. 80.

**IT IS SO ORDERED**.

Dated: June 11, 2020

_____
EDWARD M. CHEN
United States District Judge