Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

1
2
3
JONATHAN DAVIS and ROEI AZAR, on Behalf of
All Others Similarly Situated,

)
)
)

Case No: 3:18-cv-00400-EMC

4
                                        Plaintiff(s),
)
)

**APPLICATION FOR**
**ADMISSION OF ATTORNEY**

5
        v.
)
)

**PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

6
YELP, INC., JEREMY STOPPELMAN,
LANNY BAKER and JED NACHMAN,
)
)

7
                                        Defendant(s).
)
)

8

9
    I, Aaron F. Miner                                , an active member in good standing of the bar of
the Supreme Court of New York , hereby respectfully apply for admission to practice ***pro hac vice*** in the

10
Northern District of California representing: Defendants Yelp, Inc., Jeremy Stoppelman Lanny Baker, and Jed Nachman                in the
above-entitled action. My local co-counsel in this case is Benjamin T. Halbig                , an

11
attorney who is a member of the bar of this Court in good standing and who maintains an office

12
within the State of California.

13
| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 250 West 55th Street | Three Embarcadero Center, 10th Floor |
| New York, NY  10019-9710 | San Francisco, CA  94111-4024 |

14

15
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
|---|---|
| (212) 836-7123 | (415) 471-3159 |

16
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
|---|---|
| Aaron.Miner@arnoldporter.com | Ben.Halbig@arnoldporter.com |

17
    I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 4560652          .

18
    A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

19
    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the

20
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

21
    ***I declare under penalty of perjury that the foregoing is true and correct.***

22
 Dated:  06/24/20                                        /s/ Aaron F. Miner
                                                              APPLICANT

23

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

24

25
    IT IS HEREBY ORDERED THAT the application of Aaron F. Miner                is granted,

26
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel

27
designated in the application will constitute notice to the party.

28
Dated:

                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                        *October 2012*