# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California
### CIVIL MINUTES

**Date:** August 6, 2020  **Time:** 10:36-10:51= 15 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 18-cv-00400-EMC  **Case Name:** Azar v. Yelp, Inc.

**Attorneys for Plaintiff:** Kevin Ruf, Corey Holzer
**Attorneys for Defendant:** Ben Halbig, Aaron Miner

**Deputy Clerk:** Angella Meuleman  **Court Reporter:** Belle Ball

## PROCEEDINGS HELD BY ZOOM WEBINAR

Further Case Management Conference - held.

## SUMMARY

Update on Fact Discovery:

Plaintiff states they have received production of videos which are informative and have documents they need. Prepared to proceed with remainder of depositions. They have already taken 9 fact depositions and have about 6 or 7 left to go, including named defendants in the case (Yelp executives). Plaintiff prefers to proceed with taking live depositions; protocol would include minimal paper and social distancing. Open to discuss alternative of remote depositions but concerned about voluminous materials associated with these depositions and being able to display such in realtime.

Defendants state in agreement with respect to document discovery. Completed all necessary document discovery; only remaining discovery are fact depositions. Had previously agreed that after shelter in place is lifted, live depositions would be taken and had not discussed any protocol for remote depositions. Would be open to further discussions but preference is to wait until pandemic situation is lifted.

Court ordered the parties to meet and confer. If live depositions are agreed to, parties are to consult with health expert(s) for appropriate protocol. Court further encouraged parties to consider remote depositions, and noted the feasibility of remote depositions even where there is extensive documentary evidence.

Further Status Conference set 10/8/2020 at 10:30 a.m. Joint Statue Report due 10/1/2020. Court will discuss timetables, completion of discovery, and ADR process at that time. Defendant desires to complete 3 important depositions prior to ADR; Plaintiff is prepared to proceed to ADR.