1  KEVIN F. RUF (#136901)
   *kruf@glancylaw.com*
2  KARA M. WOLKE (#241521)
   *kwolke@glancylaw.com*
3  CHRISTOPHER R. FALLON (#235684)
   *cfallon@glancylaw.com*
4  NATALIE S. PANG (#305886)
5  *npang@glancylaw.com*
   **GLANCY PRONGAY & MURRAY LLP**
6  1925 Century Park East, Suite 2100
   Los Angeles, California 90067
7  Telephone: (310) 201-9150
8  Email: info@glancylaw.com

9  *Counsel for Lead Plaintiff
   Jonathan Davis and the Class*
10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13                  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| JONATHAN DAVIS and ROEI AZAR, on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-00400-EMC |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **NOTICE OF WITHDRAWAL OF ATTORNEY AND REQUEST FOR REMOVAL FROM SERVICE LIST** |
| YELP, INC., JEREMY STOPPELMAN, LANNY BAKER, and JED NACHMAN | |
| Defendants. | |

1 TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

2 PLEASE TAKE NOTE that Lead Plaintiff Jonathan Davis, by and through the undersigned counsel, hereby submits this Notice of Withdrawal of Attorney and Request for Removal from Service List to inform the Court and the parties that Stan Karas is no longer associated with Glancy Prongay & Murray LLP.  Plaintiff respectfully requests that attorney Stan Karas be removed from the docket and the CM/ECF service list in the above-captioned action.  Plaintiff remains represented by the undersigned attorneys of Glancy Prongay & Murray LLP.

Dated:  August 21, 2020                                              GLANCY PRONGAY & MURRAY LLP

By: *s/ Kara M. Wolke*
Kara M. Wolke
Kevin F. Ruf
Christopher R. Fallon
Natalie S. Pang
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone: (310)201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Counsel for Lead Plaintiff*
*Jonathan Davis and the Class*

NOTICE OF WITHDRAWAL OF ATTORNEY
Case No. 3:18-cv-00400-EMC
1

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On August 21, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 21, 2020, at Los Angeles, California.

                    *s/ Kara M. Wolke*
                    Kara M. Wolke