**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California**

**CIVIL MINUTES**

**Date:** September 24, 2020   **Time:** 2:50-3:05=   **Judge:** EDWARD M. CHEN
15 Minutes

**Case No.**: 20-cv-02753-EMC   **Case Name:**  Ingrao v. Stoppelman
Related to 18-cv-00400-EMC              Azar v. Yelp

**Attorneys for Plaintiff:** Brett Stecker, Erik Luedeke
**Attorneys for Defendant:** Ben Halbig, Aaron Miner

**Deputy Clerk:** Angella Meuleman         **Court Reporter:** Marla Knox

**PROCEEDINGS HELD BY ZOOM WEBINAR**

[19] Motion to Dismiss – held;
Initial Case Management Conference – not held.

**SUMMARY**

Parties stated appearances and proffered argument.

Court takes matter under submission.

Court remarked there appeared to be a rational reason for deferring a derivative suit during the pendency of the underlying securities fraud case -- to avoid risk of admissions.  However, the Court saw no good faith business reason not to extend a tolling agreement.  Parties instructed to meet and confer to reach a stipulation.  Court indicated that if this derivative action is not dismissed, it will likely stay the case pending the securities fraud action.

Initial Case Management Conference set for December 17, 2020 at 9:30 a.m.  Joint cmc statement due December 10, 2020.