October 14, 2020

**BY ECF FILING**
Hon. Edward M. Chen
United States District Court Judge
U.S. District Court, Northern District of California
San Francisco, CA  94102

Re:   *Davis v. Yelp Inc. et al.*, No. 3:18-cv00400-EMC (N.D. Cal.)

Dear Judge Chen:

The parties submit this joint letter to the Court in response to the Court's inquiries during the October 8, 2020 status conference.  Lead Plaintiff reports that as of August 28, 2020, an aggregate of 45,280 Notices were disseminated to potential class members and nominees, and 110 requests for exclusion were submitted, including three (3) that were submitted after the August 25, 2020 deadline.  The parties propose to advise the Court in 60 days regarding the results of this follow up contact with class members who submitted a request for exclusion and respectfully request that the Court set that deadline accordingly.

Respectfully submitted,

/s/ *Aaron Miner*
AARON MINER

*Lead Trial Counsel for Defendants Yelp Inc., Jeremy Stoppelman, Jed Nachman, and Lanny Baker*

/s/ *Corey Holzer*
COREY HOLZER

*Lead Trial Counsel for Lead Plaintiff Jonathan Davis and the Class*

**GLANCY PRONGAY & MURRAY LLP**
Kevin F. Ruf (#136901)
Kara M. Wolke (#241521)
Christopher R. Fallon (#235684)
Natalie S. Pang (#305886)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:(310) 201-9150
Facsimile:(310) 201-9160
Email:info@glancylaw.com

*Lead Trial Counsel for Plaintiff Jonathan Davis and the Class*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On October 14, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 14, 2020, at Los Angeles, California.

*s/ Christopher R. Fallon*
Christopher R. Fallon