**GLANCY PRONGAY & MURRAY LLP**
KEVIN F. RUF (#136901)
KARA M. WOLKE (#241521)
CHRISTOPHER R. FALLON (#235684)
NATALIE S. PANG (#305886)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Lead Counsel for Lead Plaintiff*
*Jonathan Davis and the Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN DAVIS, on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>YELP, INC., JEREMY STOPPELMAN, LANNY BAKER, and JED NACHMAN<br><br>Defendants. | Case No. 3:18-cv-00400-EMC<br><br><u>CLASS ACTION</u><br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>The Hon. Edward M. Chen<br><br>Date: May 13, 2021<br>Time: 10:30 A.M.<br>Courtroom: Via Zoom |

Lead Plaintiff, Jonathan Davis, on behalf of the Class ("Plaintiffs") and Defendants Yelp Inc., Jeremy Stoppelman, Lanny Baker, and Jed Nachman ("Defendants," and collectively with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby submit this Joint Case Management Conference Statement in advance of their May 13, 2021 status conference.

## I.   CASE STATUS UPDATE

On March 26, 2021, the Court entered the Joint Stipulation and Order to Modify Scheduling Order. Dkt. No. 126.  The Parties thereafter completed expert discovery on April 2, 2021.  The Parties participated in private mediation on May 6, 2021, including the mediators, Lead Plaintiff, Defendants and their insurers, as well as, the plaintiff in the related case *Ingrao v. Stoppelman et al.*, Case No. 20-cv-02753, but were unable to reach a settlement.  Defendants' dispositive motions and motions in limine for expert discovery are due May 21, 2021 and Plaintiffs' opposition and cross-motion and motions in limine for expert discovery are due June 25, 2021.  A trial date has not been set in this matter.

DATED: May 6, 2021                              **GLANCY PRONGAY & MURRAY LLP**

By: */s/ Kara M. Wolke*
Kara M. Wolke (#241521)
Kevin F. Ruf (#136901)
Christopher R. Fallon (#235684)
Natalie S. Pang (#305886)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: kwolke@glancylaw.com
Email: kruf@glancylaw.com
Email: cfallon@glancylaw.com
Email: npang@glancylaw.com

|   |   |
|---|---|
|   | **HOLZER & HOLZER, LLC** |
|   | Corey D. Holzer* |
|   | Marshall P. Dees* |
|   | Luke R. Kennedy |
|   | 211 Perimeter Center Parkway, Suite 1010 |
|   | Atlanta, Georgia 30346 |
|   | Telephone: (770) 392-0090 |
|   | Facsimile: (770) 392-0029 |
|   | Email:cholzer@holzerlaw.com |
|   | Email: mdees@holzerlaw.com |
|   | Email: lkennedy@holzerlaw.com |
|   |   |
|   | *admitted *pro hac vice* |
|   |   |
|   | *Lead Counsel for Lead Plaintiff Jonathan Davis, Plaintiff Roei Azar and the Class* |
| DATED: May 6, 2021 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
|   |   |
|   | By: /s/ *Aaron F. Miner* |
|   | Aaron F. Miner* |
|   | 250 West 55th Street |
|   | New York, NY 10019-9710 |
|   | Telephone: (212) 836-8000 |
|   | Facsimile: (212) 836-8689 |
|   | Email: Aaron.Miner@arnoldporter.com |
|   |   |
|   | Gilbert R. Serota (#75305) |
|   | Benjamin Halbig (#321523) |
|   | Three Embarcadero Center, 10th Floor |
|   | San Francisco, CA 94111 |
|   | Telephone: (415) 471-3100 |
|   | Facsimile: (415) 471-3400 |
|   | Email: Gilbert.Serota@arnoldporter.com |
|   | Email: Benjamin.Halbig@arnoldporter.com |
|   |   |
|   | *admitted *pro hac vice* |
|   |   |
|   | *Attorneys for Defendants Yelp Inc., Jeremy Stoppelman, Lanny Baker and Jed Nachman* |

**ATTESTATION**

I, Kara M. Wolke, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that each of the Signatories herein, including Counsel for Defendants, concur in this filing.

DATED: May 6, 2021              *s/ Kara M. Wolke*
                                Kara M. Wolke

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On May 6, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 6, 2021, at Los Angeles, California.

                                *s/ Kara M. Wolke*
                                Kara M. Wolke