OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California
CIVIL MINUTES

**Date:** September 2, 2021  **Time:** 1:30-2:36 = 1 Hour; 6 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 18-cv-00400-EMC  **Case Name:** Azar v. Yelp, Inc.

**Attorneys for Plaintiff:** Kevin Ruf, Kara Wolke, Corey Holzer, Marshall Dee
**Attorney for Defendant:** Aaron Miner

**Deputy Clerk:** Angella Meuleman  **Court Reporter:** Ana Dub

### PROCEEDINGS HELD BY ZOOM WEBINAR

[132] Motion for Summary Judgment – held;
Status Conference - held.

### SUMMARY

Parties stated appearances and proffered argument.

Court takes motion under submission. Court will defer *Daubert* motions to pretrial. Disposition of *Daubert* motions not critical for fruitful mediation.

ADR: Parties discussing with mediator.

**Further Status Conference set 11/16/2021 at 2:30 PM.  Joint status report due 11/9/2021.**