KEVIN F. RUF (#136901)
  kruf@glancylaw.com
KARA M. WOLKE (#241521)
  kwolke@glancylaw.com
CHRISTOPHER R. FALLON (#235684)
  cfallon@glancylaw.com
NATALIE S. PANG (#305886)
  npang@glancylaw.com
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Class Representative Jonathan Davis and the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN DAVIS and ROEI AZAR, on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YELP, INC., JEREMY STOPPELMAN, LANNY BAKER, and JED NACHMAN,<br><br>Defendants. | Case No. 3:18-cv-00400-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE DATES AND SET DATE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>The Hon. Edward M. Chen |

Lead Plaintiff Jonathan Davis, on behalf of himself and the Class ("Lead Plaintiff"), and Defendants Yelp Inc. Jeremy Stoppelman, Lanny Baker and Jed Nachman (collectively "Defendants"; together with Lead Plaintiff, "the Parties") hereby enter into the following stipulation and jointly request that the Court vacate the dates currently scheduled in the action and set a date for Plaintiff to file his motion for preliminary approval of the settlement of the above-captioned action (the "Action").

WHEREAS, on September 9, 2021, the Court entered an Order Denying Defendants' Motion for Summary Judgment (ECF No. 169);

WHEREAS, on November 12, 2021, the Parties participated in a mediation but failed to reach an agreement to settle the Action;

WHEREAS, on November 24, 2021, the Parties reached an agreement in principle to settle the Action in its entirety;

WHEREAS, on December 3, 2021, the Parties executed a Settlement Term Sheet, setting forth all the material deal points associated with resolution of the Action;

WHEREAS, the Action is currently set for trial to begin on February 7, 2022 (ECF No. 130);

THEREFORE, IT IS STIPULATED AND AGREED between the undersigned Parties, by and through their respective counsel and subject to the Court's approval, as follows:

1. In light of the agreement in principle reached by the Parties to settle this Action, all pending dates currently scheduled shall be vacated;

2. Plaintiff will submit his motion for preliminary approval of the proposed class action settlement within 60 days of the Court's approval of this Stipulation, or will provide the Court with an update at that time.

Further Status Conference set for March 8, 2022 at 2:30PM as control date.  Joint report due 3/1/2022

IT IS SO STIPULATED, through Counsel of Record.

1

| | | |
|---|---|---|
| 1 | Dated: December 8, 2021 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| 2 | | By:   /s/*Aaron F. Miner* |
| 3 | | Aaron F. Miner<br>Tyler Fink |
| 4 | | *Attorneys for Defendants Jeremy Stoppelman,* |
| 5 | | *Lanny Baker, and Jed Nachman and Nominal Defendant Yelp Inc.* |
| 6 | | |
| 7 | Dated: December 8, 2021 | **GLANCY PRONGAY & MURRAY LLP** |
| 8 | | By:   /s/ *Kara M. Wolke* |
| 9 | | Kevin F. Ruf (SBN 136901)<br>Kara M. Wolke (SBN 241521) |
| 10 | | Christopher R. Fallon (SBN 235684)<br>Natalie S. Pang (SBN 305886) |
| 11 | | 1925 Century Park East, Suite 2100<br>Los Angeles, California 90067 |
| 12 | | Telephone:   (310) 201-9150<br>Facsimile:   (310) 201-9160 |
| 13 | | Email:   info@glancylaw.com |
| 14 | Dated: December 8, 2021 | **HOLZER & HOLZER, LLC** |
| 15 | | |
| 16 | | By:   /s/*Corey D. Holzer*<br>Corey D. Holzer (admitted *pro hac vice*) |
| 17 | | Marshall P. Dees (admitted *pro hac vice*<br>211 Perimeter Center Parkway, Suite 101 |
| 18 | | Atlanta, Georgia 30346<br>Telephone:   (770) )392-0090 |
| 19 | | Facsimile:   (770) 392-0029<br>Email:   cholzer@holzerlaw.com |
| 20 | | Email:   mdees@holzerlaw.com |
| 21 | | |
| 22 | | *Attorneys for Lead Plaintiff Jonathan Davis and the Class* |

2

1  **PURSUANT TO STIPULATION IT IS SO ORDERED.**

2

3  DATED:  December 10, 2021                    _____
                                                HONORABLE EDWARD M. CHEN
4                                               UNITED STATES DISTRICT JUDGE