KEVIN F. RUF (#136901)
  kruf@glancylaw.com
KARA M. WOLKE (#241521)
  kwolke@glancylaw.com
CHRISTOPHER R. FALLON (#235684)
  cfallon@glancylaw.com
NATALIE S. PANG (#305886)
  npang@glancylaw.com
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Class Representative
Jonathan Davis and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JONATHAN DAVIS and ROEI AZAR, on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YELP, INC., JEREMY STOPPELMAN, LANNY BAKER, and JED NACHMAN,<br><br>Defendants. | Case No. 3:18-cv-00400-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DATE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>The Hon. Edward M. Chen |

Lead Plaintiff Jonathan Davis, on behalf of himself and the certified class ("Lead Plaintiff"), and Defendants Yelp Inc., Jeremy Stoppelman, Lanny Baker and Jed Nachman (collectively "Defendants"; and together with Lead Plaintiff, the "Parties"), hereby enter into the following stipulation and jointly request that the Court reset the date for Plaintiff to file his motion for preliminary approval of the settlement of the above-captioned action (the "Action").

WHEREAS, on September 9, 2021, the Court entered an Order Denying Defendants' Motion for Summary Judgment (ECF No. 169);

WHEREAS, on November 12, 2021, the Parties participated in a mediation but failed to reach an agreement to settle the Action;

WHEREAS, on November 24, 2021, the Parties reached an agreement in principle to settle the Action in its entirety;

WHEREAS, on December 3, 2021, the Parties executed a Settlement Term Sheet, setting forth all the material deal points associated with resolution of the Action;

WHEREAS, on December 10, 2021, the Court entered an Order: (1) stating that Plaintiff will submit his motion for preliminary approval of the proposed class action settlement within 60 days, or will provide the Court with an update at that time; (2) requiring the Parties to submit a Joint Report on March 1, 2022; and (3) setting a Status Conference for March 8, 2022 at 2:30 p.m. (ECF No. 178);

WHEREAS, the Parties have been diligently working on the Stipulation of Settlement and exhibits thereto;

WHEREAS, there are many constituencies involved in the review and approval of the settlement terms, including Yelp's board of directors and insurance carriers;

THEREFORE, IT IS STIPULATED AND AGREED between the undersigned Parties, by and through their respective counsel and subject to the Court's approval, as follows:

1. Plaintiff will submit his motion for preliminary approval of the proposed class action settlement by March 1, 2022, or the Parties will submit a Joint Report updating the Court at that time.

1  IT IS SO STIPULATED, through Counsel of Record.

2  Dated: February 8, 2022                               **ARNOLD & PORTER KAYE SCHOLER LLP**

3                                                       By:  */s/Aaron F. Miner*
                                                             Aaron F. Miner
4                                                            Tyler Fink
                                                             250 West 55th Street
5                                                            New York, NY 10019-9710
                                                             Telephone: (212) 836-8000
6                                                            Facsimile: (212) 836-8689
                                                             Email: Aaron.Miner@arnoldporter.com
7                                                            Email: tyler.fink@arnoldporter.com

8

9                                                       *Attorneys for Defendants Jeremy Stoppelman,
                                                        Lanny Baker, and Jed Nachman and Nominal
10                                                      Defendant Yelp Inc.*

11 Dated: February 8, 2022                              **GLANCY PRONGAY & MURRAY LLP**

12                                                      By:  /s/ *Kara M. Wolke*
                                                             Kevin F. Ruf (SBN 136901)
13                                                           Kara M. Wolke (SBN 241521)
                                                             Christopher R. Fallon (SBN 235684)
14                                                           Natalie S. Pang (SBN 305886)
                                                             1925 Century Park East, Suite 2100
15                                                           Los Angeles, California 90067
                                                             Telephone: (310) 201-9150
16                                                           Facsimile: (310) 201-9160
                                                             Email: info@glancylaw.com
17                                                           Email: kruf@glancylaw.com
                                                             Email: kwolke@glancylaw.com
18                                                           Email: cfallon@glancylaw.com
                                                             Email: npang@glancylaw.com
19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| Dated: February 8, 2022 | **HOLZER & HOLZER, LLC** |
| | By: /s/*Corey D. Holzer* |
| | Corey D. Holzer (admitted *pro hac vice*) |
| | Marshall P. Dees (admitted *pro hac vice*) |
| | 211 Perimeter Center Parkway, Suite 101 |
| | Atlanta, Georgia 30346 |
| | Telephone: (770) 392-0090 |
| | Facsimile: (770) 392-0029 |
| | Email: cholzer@holzerlaw.com |
| | Email: mdees@holzerlaw.com |
| | |
| | *Attorneys for Lead Plaintiff Jonathan Davis and the Class* |

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)**

This certifies, pursuant to Civil Local Rule 5-1(h)(3), that all signatories to this document concur in its content and have authorized this filing.

| | |
|---|---|
| Dated: February 8, 2022 | *s/ Kara M. Wolke* |
| | Kara M. Wolke |

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED:  February 9, 2022                              _____
                                                                              HONORABLE EDWARD M. CHEN
                                                                              UNITED STATES DISTRICT JUDGE