1  AARON F. MINER (appearance *pro hac vice*)
   Aaron.Miner@arnoldporter.com
2  TYLER FINK (appearance *pro hac vice*)
   Tyler.Fink@arnoldporter.com
3  **ARNOLD & PORTER KAYE SCHOLER LLP**
   250 West 55th Street
4  New York, NY 10019-9710
   Telephone:    212.836.8000
5  Facsimile:    212.836.8689

6  GILBERT R. SEROTA (SBN 75305)
   Gilbert.Serota@arnoldporter.com
7  **ARNOLD & PORTER KAYE SCHOLER LLP**
   Three Embarcadero Center, 10th Floor
8  San Francisco, CA 94111
   Telephone:    415.471.3100
9  Facsimile:    415.471.3400

10 *Attorneys for Defendants*
   YELP INC., JEREMY STOPPELMAN, LANNY BAKER, and
11 JED NACHMAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN DAVIS and ROEI AZAR, on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YELP, INC., JEREMY STOPPELMAN, LANNY BAKER, and JED NACHMAN,<br><br>Defendants. | Case No. 3:18-cv-00400-EMC<br><br>**SECOND JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DATE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** AS MODIFIED<br><br>The Hon. Edward M. Chen |

Lead Plaintiff Jonathan Davis, on behalf of himself and the certified class ("Lead Plaintiff"), and Defendants Yelp Inc., Jeremy Stoppelman, Lanny Baker and Jed Nachman (collectively "Defendants"; and together with Lead Plaintiff, the "Parties"), hereby enter into the following stipulation and jointly request that the Court reset the date for Plaintiff to file his motion for preliminary approval of the settlement of the above-captioned action (the "Action").

WHEREAS, on September 9, 2021, the Court entered an Order Denying Defendants' Motion for Summary Judgment (ECF No. 169);

WHEREAS, on November 12, 2021, the Parties participated in a mediation but failed to reach an agreement to settle the Action;

WHEREAS, on November 24, 2021, the Parties reached an agreement in principle to settle the Action in its entirety;

WHEREAS, on December 3, 2021, the Parties executed a Settlement Term Sheet, setting forth all the material deal points associated with resolution of the Action;

WHEREAS, on December 10, 2021, the Court entered an Order: (1) stating that Plaintiff will submit his motion for preliminary approval of the proposed class action settlement within 60 days, or will provide the Court with an update at that time; (2) requiring the Parties to submit a Joint Report on March 1, 2022; and (3) setting a Status Conference for March 8, 2022 at 2:30 p.m. (ECF No. 178);

WHEREAS, on February 9, 2022, the Court entered the Joint Stipulation and Order Continuing Date to File Motion for Preliminary Approval of Settlement stating that Plaintiff will submit his motion for preliminary approval of the proposed class action settlement by March 1, 2022, or the Parties will submit a Joint Report updating the Court at that time (ECF No. 180);

WHEREAS, the Parties have exchanged drafts of the Stipulation of Settlement and exhibits thereto;

WHEREAS, there are many constituencies involved in the review and approval of the settlement terms, including Yelp's board of directors and insurance carriers;

THEREFORE, IT IS STIPULATED AND AGREED between the undersigned Parties, by

and through their respective counsel and subject to the Court's approval, as follows:

1. Plaintiff will submit his motion for preliminary approval of the proposed class action settlement by March 31, 2022, or the Parties will submit a Joint Report updating the Court at that time.

2. The Status Conference currently scheduled for March 8, 2022, is continued until April 12, 2022.

IT IS SO STIPULATED, through Counsel of Record.

Dated: February 28, 2022　　　　　　　　**ARNOLD & PORTER KAYE SCHOLER LLP**

By:　*/s/ Aaron F. Miner*
　　　Aaron F. Miner
　　　Tyler J. Fink
　　　250 West 55th Street
　　　New York, NY 10019-9710
　　　Telephone: (212) 836-8000
　　　Facsimile: (212) 836-8689
　　　Email: Aaron.Miner@arnoldporter.com
　　　Email: tyler.fink@arnoldporter.com

*Attorneys for Defendants Jeremy Stoppelman, Lanny Baker, and Jed Nachman and Nominal Defendant Yelp Inc.*

Dated: February 28, 2022　　　　　　　　**GLANCY PRONGAY & MURRAY LLP**

By:　*/s/ Kara M. Wolke*
　　　Kevin F. Ruf (SBN 136901)
　　　Kara M. Wolke (SBN 241521)
　　　Christopher R. Fallon (SBN 235684)
　　　Natalie S. Pang (SBN 305886)
　　　1925 Century Park East, Suite 2100
　　　Los Angeles, California 90067
　　　Telephone: (310) 201-9150
　　　Facsimile: (310) 201-9160
　　　Email: info@glancylaw.com
　　　Email: kruf@glancylaw.com
　　　Email: kwolke@glancylaw.com
　　　Email: cfallon@glancylaw.com
　　　Email: npang@glancylaw.com

| | | |
|---|---|---|
| 1 | Dated: February 28, 2022 | HOLZER & HOLZER, LLC |
| 2 | | By:  /s/ Corey D. Holzer |
| 3 | | Corey D. Holzer (admitted *pro hac vice*) |
| | | Marshall P. Dees (admitted *pro hac vice*) |
| 4 | | 211 Perimeter Center Parkway, Suite 101 |
| | | Atlanta, Georgia 30346 |
| 5 | | Telephone: (770) 392-0090 |
| | | Facsimile: (770) 392-0029 |
| 6 | | Email: cholzer@holzerlaw.com |
| | | Email: mdees@holzerlaw.com |
| 7 | | |
| 8 | | *Attorneys for Lead Plaintiff Jonathan Davis and the Class* |

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)**

This certifies, pursuant to Civil Local Rule 5-1(h)(3), that all signatories to this document concur in its content and have authorized this filing.

Dated: February 28, 2022           /s/ Aaron F. Miner
                                    Aaron F. Miner

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

The Status Conference currently scheduled for March 8, 2022, is continued to April 19, 2022 at 2:30 PM.

DATED:  March 1, 2022           _____
                                 HONORABLE EDWARD M. CHEN
                                 UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*