1  AARON F. MINER (appearance *pro hac vice*)
   Aaron.Miner@arnoldporter.com
2  TYLER FINK (appearance *pro hac vice*)
   Tyler.Fink@arnoldporter.com
3  **ARNOLD & PORTER KAYE SCHOLER LLP**
   250 West 55th Street
4  New York, NY 10019-9710
   Telephone:    212.836.8000
5  Facsimile:    212.836.8689

6  GILBERT R. SEROTA (SBN 75305)
   Gilbert.Serota@arnoldporter.com
7  **ARNOLD & PORTER KAYE SCHOLER LLP**
   Three Embarcadero Center, 10th Floor
8  San Francisco, CA 94111
   Telephone:    415.471.3100
9  Facsimile:    415.471.3400

10 *Attorneys for Defendants*
   YELP INC., JEREMY STOPPELMAN, LANNY BAKER, and
11 JED NACHMAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN DAVIS and ROEI AZAR, on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YELP, INC., JEREMY STOPPELMAN, LANNY BAKER, and JED NACHMAN,<br><br>Defendants. | Case No. 3:18-cv-00400-EMC<br><br>**THIRD JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DATE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>The Hon. Edward M. Chen |

Lead Plaintiff Jonathan Davis, on behalf of himself and the certified class ("Lead Plaintiff"), and Defendants Yelp Inc., Jeremy Stoppelman, Lanny Baker and Jed Nachman (collectively "Defendants"; and together with Lead Plaintiff, the "Parties"), hereby enter into the following stipulation and jointly request that the Court reset the date for Plaintiff to file his motion for preliminary approval of the settlement of the above-captioned action (the "Action").

WHEREAS, on September 9, 2021, the Court entered an Order Denying Defendants' Motion for Summary Judgment (ECF No. 169);

WHEREAS, on November 12, 2021, the Parties participated in a mediation but failed to reach an agreement to settle the Action;

WHEREAS, on November 24, 2021, the Parties reached an agreement in principle to settle the Action in its entirety;

WHEREAS, on December 3, 2021, the Parties executed a Settlement Term Sheet, setting forth all the material deal points associated with resolution of the Action;

WHEREAS, on December 10, 2021, the Court entered an Order: (1) stating that Plaintiff will submit his motion for preliminary approval of the proposed class action settlement within 60 days, or will provide the Court with an update at that time; (2) requiring the Parties to submit a Joint Report on March 1, 2022; and (3) setting a Status Conference for March 8, 2022 at 2:30 p.m. (ECF No. 178);

WHEREAS, on February 9, 2022, the Court entered the Joint Stipulation and Order Continuing Date to File Motion for Preliminary Approval of Settlement stating that Plaintiff will submit his motion for preliminary approval of the proposed class action settlement by March 1, 2022, or the Parties will submit a Joint Report updating the Court at that time (ECF No. 180);

WHEREAS, on March 1, 2022, the Court entered the Second Joint Stipulation and Order Continuing Date to File Motion for Preliminary Approval of Settlement stating that Plaintiff will submit his motion for preliminary approval of the proposed class action settlement by March 31, 2022, or the Parties will submit a Joint Report updating the Court at that time;

WHEREAS, the Parties have exchanged drafts of the Stipulation of Settlement and exhibits thereto;

WHEREAS, there are many constituencies involved in the review and approval of the settlement terms, including Yelp's board of directors and insurance carriers, and Yelp requires additional time to finalize its review and approval of the settlement terms;

WHEREAS, the Parties are engaged in ongoing discussions to resolve the remaining terms of the Settlement;

THEREFORE, IT IS STIPULATED AND AGREED between the undersigned Parties, by and through their respective counsel and subject to the Court's approval, as follows:

1. Plaintiff will submit his motion for preliminary approval of the proposed class action settlement by April 14, 2022, or the Parties will submit a Joint Report updating the Court at that time.

IT IS SO STIPULATED, through Counsel of Record.

Dated: March 31, 2022            **ARNOLD & PORTER KAYE SCHOLER LLP**

                                 By:  /s/ Aaron F. Miner
                                      Aaron F. Miner
                                      Tyler J. Fink
                                      250 West 55th Street
                                      New York, NY 10019-9710
                                      Telephone: (212) 836-8000
                                      Facsimile: (212) 836-8689
                                      Email: Aaron.Miner@arnoldporter.com
                                      Email: tyler.fink@arnoldporter.com

                                 *Attorneys for Defendants*

Dated: March 31, 2022            **GLANCY PRONGAY & MURRAY LLP**

                                 By:  /s/ Kara M. Wolke
                                      Kevin F. Ruf (SBN 136901)
                                      Kara M. Wolke (SBN 241521)
                                      Christopher R. Fallon (SBN 235684)
                                      Natalie S. Pang (SBN 305886)
                                      1925 Century Park East, Suite 2100
                                      Los Angeles, California 90067
                                      Telephone: (310) 201-9150
                                      Facsimile: (310) 201-9160
                                      Email: info@glancylaw.com
                                      Email: kruf@glancylaw.com
                                      Email: kwolke@glancylaw.com
                                      Email: cfallon@glancylaw.com
                                      Email: npang@glancylaw.com

Dated: March 31, 2022

**HOLZER & HOLZER, LLC**

By:   */s/ Corey D. Holzer*
     Corey D. Holzer (admitted *pro hac vice*)
     Marshall P. Dees (admitted *pro hac vice*)
     211 Perimeter Center Parkway, Suite 101
     Atlanta, Georgia 30346
     Telephone: (770) 392-0090
     Facsimile: (770) 392-0029
     Email: cholzer@holzerlaw.com
     Email: mdees@holzerlaw.com

*Attorneys for Lead Plaintiff Jonathan Davis and the Class*

### ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)

This certifies, pursuant to Civil Local Rule 5-1(h)(3), that all signatories to this document concur in its content and have authorized this filing.

Dated: March 31, 2022            */s/ Aaron F. Miner*
                                         Aaron F. Miner

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED:  March 31, 2022                                    
                                             HONORABLE EDWARD M. CHEN
                                             UNITED STATES DISTRICT JUDGE