AARON F. MINER (appearance *pro hac vice*)
Aaron.Miner@arnoldporter.com
TYLER FINK (appearance *pro hac vice*)
Tyler.Fink@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone:    212.836.8000
Facsimile:     212.836.8689

GILBERT R. SEROTA (SBN 75305)
Gilbert.Serota@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:    415.471.3100
Facsimile:     415.471.3400

*Attorneys for Defendants*
YELP INC., JEREMY STOPPELMAN, LANNY BAKER, and JED NACHMAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN DAVIS and ROEI AZAR, on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> YELP, INC., JEREMY STOPPELMAN, LANNY BAKER, and JED NACHMAN, <br><br> Defendants. | Case No. 3:18-cv-00400-EMC <br><br> **FOURTH JOINT STIPULATION AND [**~~PROPOSED~~**] ORDER CONTINUING DATE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** <br><br> The Hon. Edward M. Chen |

1    Lead Plaintiff Jonathan Davis, on behalf of himself and the certified class ("Lead
2 Plaintiff"), and Defendants Yelp Inc., Jeremy Stoppelman, Lanny Baker and Jed Nachman
3 (collectively "Defendants"; and together with Lead Plaintiff, the "Parties"), hereby enter into the
4 following stipulation and jointly request that the Court reset the date for Plaintiff to file his motion
5 for preliminary approval of the settlement of the above-captioned action (the "Action").
6    WHEREAS, on September 9, 2021, the Court entered an Order Denying Defendants'
7 Motion for Summary Judgment (ECF No. 169);
8    WHEREAS, on November 12, 2021, the Parties participated in a mediation but failed to
9 reach an agreement to settle the Action;
10    WHEREAS, on November 24, 2021, the Parties reached an agreement in principle to
11 settle the Action in its entirety;
12    WHEREAS, on December 3, 2021, the Parties executed a Settlement Term Sheet, setting
13 forth all the material deal points associated with resolution of the Action;
14    WHEREAS, on December 10, 2021, the Court entered an Order: (1) stating that Plaintiff
15 will submit his motion for preliminary approval of the proposed class action settlement within 60
16 days, or will provide the Court with an update at that time; (2) requiring the Parties to submit a
17 Joint Report on March 1, 2022; and (3) setting a Status Conference for March 8, 2022 at 2:30 p.m.
18 (ECF No. 178);
19    WHEREAS, on February 9, 2022, the Court entered the Joint Stipulation and Order
20 Continuing Date to File Motion for Preliminary Approval of Settlement stating that Plaintiff will
21 submit his motion for preliminary approval of the proposed class action settlement by March 1,
22 2022, or the Parties will submit a Joint Report updating the Court at that time (ECF No. 180);
23    WHEREAS, on March 1, 2022, the Court entered the Second Joint Stipulation and Order
24 Continuing Date to File Motion for Preliminary Approval of Settlement stating that Plaintiff will
25 submit his motion for preliminary approval of the proposed class action settlement by March 31,
26 2022, or the Parties will submit a Joint Report updating the Court at that time;
27    WHEREAS, on March 31, 2022, the Court entered the Third Joint Stipulation and Order
28 Continuing Date to File Motion for Preliminary Approval of Settlement stating that Plaintiff will

1  submit his motion for preliminary approval of the proposed class action settlement by April 14,
2  2022, or the Parties will submit a Joint Report updating the Court at that time;

3        WHEREAS, the Parties have negotiated and executed the Stipulation of Settlement and
4  exhibits thereto;

5        WHEREAS, Plaintiffs are finalizing the motion for preliminary approval of the proposed
6  settlement;

7        THEREFORE, IT IS STIPULATED AND AGREED between the undersigned Parties, by
8  and through their respective counsel and subject to the Court's approval, as follows:

9        1.    Plaintiff will submit his motion for preliminary approval of the proposed class
10 action settlement by April 21, 2022.

11       IT IS SO STIPULATED, through Counsel of Record.

Dated: April 14, 2022      **ARNOLD & PORTER KAYE SCHOLER LLP**

By:   */s/Aaron F. Miner*
      Aaron F. Miner
      Tyler J. Fink
      250 West 55th Street
      New York, NY 10019-9710
      Telephone: (212) 836-8000
      Facsimile: (212) 836-8689
      Email: Aaron.Miner@arnoldporter.com
      Email: tyler.fink@arnoldporter.com

*Attorneys for Defendants Jeremy Stoppelman, Lanny Baker, and Jed Nachman and Nominal Defendant Yelp Inc.*

Dated: April 14, 2022      **GLANCY PRONGAY & MURRAY LLP**

By:   */s/ Kara M. Wolke*
      Kevin F. Ruf (SBN 136901)
      Kara M. Wolke (SBN 241521)
      Christopher R. Fallon (SBN 235684)
      Natalie S. Pang (SBN 305886)
      1925 Century Park East, Suite 2100
      Los Angeles, California 90067
      Telephone: (310) 201-9150
      Facsimile: (310) 201-9160
      Email: info@glancylaw.com
      Email: kruf@glancylaw.com

|   |   |
|---|---|
| | Email: kwolke@glancylaw.com |
| | Email: cfallon@glancylaw.com |
| | Email: npang@glancylaw.com |
| Dated: April 14, 2022 | **HOLZER & HOLZER, LLC** |
| | By: /s/*Corey D. Holzer* |
| | Corey D. Holzer (admitted *pro hac vice*) |
| | Marshall P. Dees (admitted *pro hac vice*) |
| | 211 Perimeter Center Parkway, Suite 101 |
| | Atlanta, Georgia 30346 |
| | Telephone: (770) 392-0090 |
| | Facsimile: (770) 392-0029 |
| | Email: cholzer@holzerlaw.com |
| | Email: mdees@holzerlaw.com |
| | *Attorneys for Lead Plaintiff Jonathan Davis and the Class* |

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)**

This certifies, pursuant to Civil Local Rule 5-1(h)(3), that all signatories to this document concur in its content and have authorized this filing.

Dated: April 14, 2022                 *s/ Kara M. Wolke*
                                       Kara M. Wolke

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED: April 15, 2022                 _____
                                       HONORABLE EDWARD M. CHEN
                                       UNITED STATES DISTRICT JUDGE