AARON F. MINER (appearance *pro hac vice*)
Aaron.Miner@arnoldporter.com
TYLER FINK (appearance *pro hac vice*)
Tyler.Fink@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone:    212.836.8000
Facsimile:    212.836.8689

GILBERT R. SEROTA (SBN 75305)
Gilbert.Serota@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:    415.471.3100
Facsimile:    415.471.3400

*Attorneys for Defendants*
YELP INC., JEREMY STOPPELMAN, LANNY BAKER, and
JED NACHMAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN DAVIS and ROEI AZAR, on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>YELP, INC., JEREMY STOPPELMAN, LANNY BAKER, and JED NACHMAN,<br><br>Defendants. | Case No. 3:18-cv-00400-EMC<br><br>**DECLARATION OF AARON F. MINER REGARDING NOTICE OF CLASS ACTION SETTLEMENT PURSUANT TO 28 U.S.C. § 1715**<br><br>The Hon. Edward M. Chen |

I, Aaron F. Miner, hereby declare as follows:

I am an attorney at law admitted *pro hac vice* to the United States District Court of the Northern District of California.  I am a partner at Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), representing Defendants Yelp Inc., Jeremy Stoppelman, Lanny Baker, and Jed Nachman in this matter.  The facts herein are based on my own personal knowledge, or on my review of the records in this case, and if called to testify, I could and would testify competently thereto.

1.      On October 17, 2022, Arnold & Porter staff acting at my direction served notice, pursuant to 28 U.S.C. § 1715, of a proposed settlement of the above-captioned class action on the individuals listed in the Notice and accompanying Certificate of Service attached hereto as **Exhibit A.**  The CAFA Notice was sent in substantially the same form as Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 12th day of January 2023 at New York, New York.

By:   */s/ Aaron F. Miner*
        Aaron F. Miner
        250 West 55th Street
        New York, NY 10019-9710
        Telephone: (212) 836-8000
        Facsimile: (212) 836-8689
        Email: Aaron.Miner@arnoldporter.com

        *Attorney for Defendants Yelp Inc., Jeremy*
        *Stoppelman, Lanny Baker, and Jed Nachman*