UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN DAVIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> YELP, INC., et al., <br><br> Defendants. | Case No. 18-cv-00400-EMC <br><br> **JUDGMENT** |

On January 27, 2023, the Court issued its Order Granting Final Approval of Class Action Settlement Agreement, and Granting Attorney's Fees and Litigation Expenses. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: January 27, 2023

_____
EDWARD M. CHEN
United States District Judge